### DUTTON v. COUNTY OF LITCHFIELD.

ACTION declaring, that Samuel Hurlburt was imprisoned on an execution for £10 18s. lawful money, in his favor; and that on the 2d of June, A. D. 1790, he made his escape through the insufficiency of the gaol. Plea — Not guilty. Issue to the court.

Judgment — That the defendants are guilty, and that the plaintiff recover £4 lawful money, the special damages only. See Staphorse v. County of New Haven, August Term, A. D. 1789.

### HURD v. HULL.

A writ on which a duty has not been paid, is void.

PETITION for a new trial on account of having misplead. The petition was continued from last court by the agreement of the parties, and was now to have been heard on the merits; and it being now discovered that the duty has never been paid on the petition, this question was put to the court — Whether the duty might now be paid and certified and the cause proceed.

By the COURT. The statute is express and positive that no writ shall be valid, etc. unless the duty is paid and certified; and the agreement of the parties cannot alter the law.